**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
William E. Camy, SBN 291397
Megan N. Boelter, SBN 340235
2180 Harvard Street, Suite 500
Sacramento, CA 95815
TEL: 916.929.1481
FAX: 916.927.3706
wcamy@porterscott.com
mboelter@porterscott.com

Attorneys for Defendants CITY OF ROSEVILLE; ROSEVILLE POLICE DEPARTMENT; KELLY SIBBITT

*Exempt from filing fees pursuant to Government Code Section 6103*

# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON KILLION, GIANNA VILLALBA AND R.V., A MINOR, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF ROSEVILLE; ROSEVILLE POLICE DEPARTMENT; KELLY SIBBITT; JOHN HAYDEN HART II; HASAN DELIC; SUADA DELIC; DOES 1 TO 50, <br><br> Defendants / | Case No.: 2:25-cv-00508 DJC AC <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; ORDER** <br><br> Complaint Filed: 10/26/2023 |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs SHANNON KILLION, GIANNA VILLALBA AND R.V., *through their respective counsel, that* the time for Defendants CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT AND KELLY SIBBITT to respond to the Complaint shall be extended to April 4, 2025.

The parties stipulate there is good cause for this further extension because Defendants have met and conferred on Plaintiffs' Complaint prior to filing a Motion to Dismiss. The parties are continuing their meet

and confer efforts and hope to reach a resolution on those efforts without having to involve the Court by way of a Motion. The parties need additional time to complete these meet and confer efforts.

This extension exceeds the twenty-eight (28) days allowed under Eastern District Local Rule 144(a), thus the parties submit the attached Order.

**IT IS SO STIPULATED.**

Dated:    March 12, 2025                    PORTER SCOTT
                                            A PROFESSIONAL CORPORATION

                                            By:    /s/ *William E. Camy*
                                                   William E. Camy
                                                   Megan N. Boelter
                                                   Attorneys for Defendants
                                                   CITY OF ROSEVILLE; ROSEVILLE
                                                   POLICE DEPARTMENT; KELLY
                                                   SIBBITT

Dated:    March 12, 2025                    LAW OFFICE OF GREGORY M. GUTH

                                            By:    /s/ *Gregory M. Guth*
                                                   Gregory M. Guth
                                                   Attorney for Plaintiffs

*{02058549.DOCX}*

2
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; ORDER

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the time for Defendants CITY OF ROSEVILLE, ROSEVILLE POLICE DEPARTMENT and KELLY SIBBITT to respond to the Complaint shall be extended to April 4, 2025.

Dated: March 12, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE