UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON KILLION, ET AL., <br>    Plaintiffs, <br>     v. <br> CITY OF ROSEVILLE, ET AL., <br>    Defendants. | Case No.: 2:25-cv-00508-DJC-AC <br><br> **ORDER** |

    Before the Court is Plaintiffs' Request for Dismissal of the Third Cause of Action (ECF No. 19) and Defendants' Response (ECF No. 21). After review of the briefings, the Court GRANTS Plaintiffs' Request and DISMISSES Plaintiffs' Third Cause of Action. After dismissal, the Court does not find a basis for jurisdiction. Accordingly, the Court REMANDS this case to the Superior Court of California for the County of Sacramento without prejudice as to any post-remand motions to transfer venue. The Clerk of Court shall serve a copy of this Order on said court and close this case.

    IT IS SO ORDERED.

Dated: July 28, 2025          /s/ Daniel J. Calabretta
                                           THE HONORABLE DANIEL J. CALABRETTA
                                           UNITED STATES DISTRICT JUDGE